# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BERTRAND SELLIER, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>HARBIN ELECTRIC, INC., TIANFU YANG, CHING CHUENG CHAN, BOYD PLOWMAN, DAVID GATTOM, YUNYUE YE, and LANXIANG GAO,<br><br>Defendants. | Case No. 3:10-cv-00645-HDM-VPC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff Bertrand Sellier ("Plaintiff") filed the above-captioned class action on October 14, 2010.

Defendant Harbin Electric, Inc. ("Harbin") currently must move, answer, or otherwise respond to the Summons and Complaint by November 5, 2010.

Harbin has not previously requested an extension of time to respond to the Summons and Complaint;

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and Harbin, by and through their undersigned counsel and subject to the approval of this Court, that:

1. The time for Harbin to move, answer, or otherwise respond to the Summons and Complaint in this action shall be extended to December 3, 2010, unless otherwise agreed by the parties or ordered by the Court; and

1

2. The undersigned counsel for Harbin is making this limited appearance for the sole purpose of seeking this extension of time.

DATED: November 3, 2010

| ROBISON, BELAUSTEGUI, SHARP & LOW | LOEB & LOEB LLP |
|---|---|
| By /s/ F. DeArmond Sharp | By /s/ Laura M. Vasey |
| F. DeArmond Sharp, Esq. | Eugene R. Licker, Esq. |
| 71 Washington Street | Laura M. Vasey, Esq. |
| Reno, NV 89503 | 345 Park Avenue |
| Tel: 775-329-3151 | New York, New York 10154-0037 |
| Fax: 775-329-7941 | Tel: 212-407-4000 |
| | Fax: 212-407-4900 |
| RABIN & PECKEL LLP | |
| I. Stephen Rabin, Esq. | *Attorneys for Defendant Harbin Electric, Inc.* |
| 317 Madison Avenue, 21st Floor | |
| New York, NY 10017 | |
| Telephone: 212-880-3722 | |
| Facsimile: 212-880-3716 | |
| | |
| BRAGAR WEXLER EAGEL & SQUIRE, P.C. | |
| Jeffrey H. Squire, Esq. | |
| 885 Third Avenue, Suite 3040 | |
| New York, NY 10022 | |
| Telephone: 212-308-5858 | |
| Facsimile: 212-208-2519 | |
| | |
| *Attorneys for Plaintiff* | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BERTRAND SELLIER, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>HARBIN ELECTRIC, INC., TIANFU YANG, CHING CHUENG CHAN, BOYD PLOWMAN, DAVID GATTOM, YUNYUE YE, and LANXIANG GAO,<br><br>Defendants. | Case No. 3:10-cv-00645-HDM-VPC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT HARBIN TO RESPOND TO COMPLAINT** |

Plaintiff Bertrand Sellier ("Plaintiff") and Defendant Harbin Electric, Inc., having filed a Stipulation Extending Time to Respond to Complaint on November 3, 2010,

IT IS HEREBY ORDERED THAT

The time for Harbin to move, answer, or otherwise respond to the Summons and Complaint in this action shall be extended to December 3, 2010.

DATED: November 4, 2010

_____
United States Magistrate Judge

1