KIRK B. LENHARD, ESQ.
Nevada Bar No. 1437
TAMARA BEATTY PETERSON, ESQ.
Nevada Bar No. 5218
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 382-2101
Facsimile:   (702) 382-8135
Email: klenhard@bhfs.com
Email: tpeterson@bhfs.com
*Attorneys for Defendant Harbin Electric, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BERTRAND SELLIER, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>HARBIN ELECTRIC, INC., TIANFU YANG, CHING CHUENG CHAN, BOYD PLOWMAN, DAVID GATTOM, YUNYUE YE, and LANXIANG GAO<br><br>Defendants. | CASE NO.: 3:10-cv-00645-HDM-VPC<br><br><br>**NOTICE OF APPEARANCE** |

Please take notice that TAMARA BEATTY PETERSON, ESQ. of the law firm BROWNSTEIN HYATT FARBER SCHRECK, LLP is appearing as counsel for Defendant Harbin Electric, Inc. in the above-referenced action. Request is hereby made that hereafter

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

Tamara Beatty Peterson be included on the service or mailing list for all pleadings, correspondence, and other papers filed or served in this action.

DATED this 9th day of November, 2010.

                    BROWNSTEIN HYATT FARBER SCHRECK, LLP

                    By:  /s/ Tamara Beatty Peterson
                    KIRK B. LENHARD, ESQ.
                    Nevada Bar No. 1437
                    TAMARA BEATTY PETERSON, ESQ.
                    Nevada Bar No. 5218
                    BROWNSTEIN HYATT FARBER SCHRECK, LLP
                    100 N. City Parkway, Suite 1600
                    Las Vegas, NV 89106
                    Telephone: (702) 382-2101
                    Facsimile:  (702) 382-8135
                    Email: klenhard@bhfs.com
                    Email: tpeterson@bhfs.com
                    *Attorneys for Defendant Harbin Electric, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **NOTICE OF APPEARANCE** was served via electronic service on the date and to the address(es) shown below:

| |
|---|
| F. DeArmond Sharp, Esq.<br>ROBINSON BELAUSTEGUI SHARP & LOW<br>71 Washington Street<br>Reno, NV 89503<br>Email: dsharp@rbslattys.com<br>*Attorney for Plaintiff* |

I further certify that I am familiar with the firm's practice of collection and processing documents for mailing; that in accordance therewith, I caused the above-named document to be deposited with the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the addresses shown below:

| | |
|---|---|
| Jeffrey H. Squire, Esq.<br>BRAGAR WEXLER EAGEL & SQUIRE, P.C.<br>885 Third Avenue, Suite 3040<br>New York, NY 10022<br>*Attorney for Plaintiff* | I. Stephen Rabin, Esq.<br>RABIN & PECKEL, LLP<br>317 Madison Avenue, 21 Floor<br>New York, NY 10017<br>*Attorney for Plaintiff* |

/s/ Erin Parcells
Erin Parcells, an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP