F. DeARMOND SHARP, ESQ.
Nevada State Bar No. 780
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503
Tel:    775-329-3151
Fax:   775-329-7941
Email: dsharp@rbsllaw.com

I. STEPHEN RABIN, ESQ.
Rabin & Peckel LLP
317 Madison Avenue, 21st Floor
New York, NY 10017
Tel:    212-880-3722
Fax:   212-880-3716
Email: srabin@rabinpeckel.com

JEFFREY H. SQUIRE, ESQ.
Bragar Wexler Eagel & Squire, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022
Tel:    212-308-5858
Fax:   212-208-2519

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BERTRAND SELLIER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HARBIN ELECTRIC, INC., TIANFU YANG, CHING CHUENG CHAN, BOYD PLOWMAN, DAVID GATTOM, YUNYUE YE, and LANXIANG GAO,<br><br>Defendants. | Case No. 3:10-cv-00645-HDM-VPC<br><br><u>**AFFIDAVIT OF SERVICE OF STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO DISMISS**</u> |

STATE OF NEVADA    )
                                  ) ss.
COUNTY OF WASHOE )

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

I, Joan E. Peyser, hereby swears under penalty of perjury, that the following statements are true of my own personal knowledge:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Robison, Belaustegui, Sharp & Low. My business address is 71 Washington Street, Reno, NV 89503. I am over the age of 18 years and not a party to this action.

On **December 20, 2010**, I caused the *STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO DISMISS*, to be served by the following method(s):

☐ U.S. Mail: A true copy was placed in Robison, Belaustegui, Sharp & Low's outgoing mail in a sealed envelope addressed as follows:

Eugene R. Licker, Esq.  
Laura M. Vasey, Esq.  
Loeb & Loeb LLP  
345 Park Avenue  
New York, NY 10154-0037  
*Facsimile: 212-407-4900*

Kirk B. Lenhard, Esq.  
Tamara Beatty Peterson, Esq.  
Brownstein Hyatt Farber Schreck, LLP  
100 N. City Parkway, Suite 1600  
Las Vegas, NV 89106  
*Facsimiile: 702-382-8135*

☑ Electronic: Filed the document electronically with the U. S. District Court and therefore the court's computer system has electronically delivered a copy of the document to the person(s) as addressed on the attached Receipt of Notice of Electronic Filing.

☐ Hand Delivery: By causing a true and correct copy to be hand delivered to the person(s) and address(es) shown below:

☐ Facsimile: By faxing a true copy to the person(s) and fax number(s) listed below:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on **December 20, 2010.**

_/s/ Joan E. Peyser_  
Joan E. Peyser

SWORN and SUBSCRIBED  
before me by Joan E. Peyser  
on this 20th day of December, 2010.

_/s/ Heather DeRicco_  
Notary Public

HEATHER DERICCO  
Notary Public - State of Nevada  
Appointment Recorded in Washoe County  
No: 04-89073-2 - Expires February 5, 2012

ROBISON,  
BELAUSTEGUI,  
SHARP & LOW  
A PROFESSIONAL  
CORPORATION  
ATTORNEYS AT LAW  
71 WASHINGTON ST.  
RENO, NEVADA 89503  
TELEPHONE  
(775) 329-3151

2

Other Documents
3:10-cv-00645-RCJ-VPC Sellier v. Harbin Electric, Inc. et al

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered by Sharp, F. on 12/20/2010 at 9:09 AM PST and filed on 12/20/2010
**Case Name:**　　　　Sellier v. Harbin Electric, Inc. et al
**Case Number:**　　　3:10-cv-00645-RCJ-VPC
**Filer:**　　　　　　　　Bertrand Sellier
**Document Number:** 20

**Docket Text:**
STIPULATION re [17] MOTION to Dismiss *Defendant Harbin Electric, Inc.'s Motion to Dismiss and Supporting Memorandum of Law* ; EXTENDING TIME TO RESPOND TO MOTION TO DISMISS by Plaintiff Bertrand Sellier. (Attachments: # (1) Proposed Order Order to Extend)(Sharp, F.)


**3:10-cv-00645-RCJ-VPC Notice has been electronically mailed to:**

F. DeArmond Sharp　　　dsharp@rbslattys.com

Tamara Beatty Peterson　　　TPeterson@bhfs.com, eparcells@bhfs.com

**3:10-cv-00645-RCJ-VPC Notice has been delivered by other means to:**

I. Stephen Rabin
Rabin & Peckel, LLP
317 Madison Avenue
21 Floor
New York, NY 10017

Jeffrey H. Squire
Bragar Wexler Eagel & Squire, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022

Laura M. Vasey
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037

The following document(s) are associated with this transaction:

**Document description:** Main Document

https://ecf.nvd.uscourts.gov/cgi-bin/Dispatch.pl?325354149844976　　　　　　　12/20/2010

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=12/20/2010] [FileNumber=5029797-0] [95e427e364243561902997fb2a25f1f56358f67d4ee207033e8bd431bddeb11aae5ccebaa9c7b8bdd82e67a7f9844f3f1690734e0207975d29dc1c4e8f21b502]]
**Document description:** Proposed Order Order to Extend
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=12/20/2010] [FileNumber=5029797-1] [67eeea36cc650b6fd760c377a7b1c99b3afe0ebd4f78c2b2fdd53cad6d6ebabe1b3dfe262b5b90adbe0d29f3c5f50567bdf4a678beb4bdd1ee256a83c60628b6]]