UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BERTRAND SELLIER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HARBIN ELECTRIC, INC., TIANFU YANG, CHING CHUENG CHAN, BOYD PLOWMAN, DAVID GATTOM, YUNYUE YE, and LANXIANG GAO,<br><br>Defendants. | Case No. 3:10-cv-00645-HDM-VPC<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO DISMISS** |

Plaintiff Bertrand Sellier ("Plaintiff") and Defendant Harbin Electric, Inc. ("Harbin"), having filed a Stipulation on December 20, 2010, extending the time to respond to Harbin's motion to dismiss or, in the alternative, to stay this action,

IT IS HEREBY ORDERED THAT

The time for Plaintiff to respond to Harbin's motion shall be extended to January 21, 2011.

Harbin's reply thereto shall be due on February 18, 2011.

DATED: December 29, 2010

_____
DISTRICT COURT JUDGE