F. DeARMOND SHARP, ESQ.
Nevada State Bar No. 780
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503
Tel:    775-329-3151
Fax:   775-329-7941
Email: dsharp@rbsllaw.com

I. STEPHEN RABIN, ESQ.
Rabin & Peckel LLP
317 Madison Avenue, 21st Floor
New York, NY 10017
Tel:    212-880-3722
Fax:   212-880-3716
Email: srabin@rabinpeckel.com

JEFFREY H. SQUIRE, ESQ.
Bragar Wexler Eagel & Squire, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022
Tel:    212-308-5858
Fax:   212-208-2519

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BERTRAND SELLIER, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>HARBIN ELECTRIC, INC., TIANFU YANG, CHING CHUENG CHAN, BOYD PLOWMAN, DAVID GATTOM, YUNYUE YE, and LANXIANG GAO,<br><br>Defendants. | Case No. 3:10-cv-00645-HDM-VPC<br><br><br>**AFFIDAVIT OF SERVICE OF STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO DISMISS (Second Request)** |

STATE OF NEVADA      )
                                         ) ss.
COUNTY OF WASHOE  )

I, Joan E. Peyser, hereby swears under penalty of perjury, that the following statements are true of my own personal knowledge:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Robison, Belaustegui, Sharp & Low. My business address is 71 Washington Street, Reno, NV 89503. I am over the age of 18 years and not a party to this action.

On *January 19, 2011*, I caused the *STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO DISMISS (Second Request) to be serv*ed by the following method(s):

☐ U.S. Mail: A true copy was placed in Robison, Belaustegui, Sharp & Low's outgoing mail in a sealed envelope addressed as follows:

☑ Electronic: Filed the document electronically with the U. S. District Court and therefore the court's computer system has electronically delivered a copy of the document to the person(s) as addressed on the attached Receipt of Notice of Electronic Filing.

☐ Hand Delivery: By causing a true and correct copy to be hand delivered to the person(s) and address(es) shown below:

☑ Facsimile: By faxing a true copy on *January 20, 2011* to the person(s) and fax number(s) listed below as evidenced by the attached fax transmission receipt:

Eugene R. Licker, Esq.
Laura M. Vasey, Esq.
Loeb & Loeb LLP
*Facsimile: 212-407-4990*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on *January 20, 2011.*

_____
Joan E. Peyser

SWORN and SUBSCRIBED
before me by Joan E. Peyser
on this 20th day of January, 2011.

_____
Notary Public

HEATHER DERICCO
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89073-2 - Expires February 5, 2012

2

## Other Documents
3:10-cv-00645-RCJ-VPC Sellier v. Harbin Electric, Inc. et al

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered by Sharp, F. on 1/19/2011 at 4:41 PM PST and filed on 1/19/2011

**Case Name:** Sellier v. Harbin Electric, Inc. et al
**Case Number:** 3:10-cv-00645-RCJ-VPC
**Filer:** Bertrand Sellier
**Document Number:** 24

**Docket Text:**
**STIPULATION re [17] MOTION to Dismiss** *Defendant Harbin Electric, Inc.'s Motion to Dismiss and Supporting Memorandum of Law* **; EXTENDING TIME TO RESPOND TO MOTION TO DISMISS** *(Second Request)* **by Plaintiff Bertrand Sellier. (Attachments: # (1) Proposed Order)(Sharp, F.)**

**3:10-cv-00645-RCJ-VPC Notice has been electronically mailed to:**

F. DeArmond Sharp     dsharp@rbslattys.com

Tamara Beatty Peterson     TPeterson@bhfs.com, eparcells@bhfs.com

**3:10-cv-00645-RCJ-VPC Notice has been delivered by other means to:**

I. Stephen Rabin
Rabin & Peckel, LLP
317 Madison Avenue
21 Floor
New York, NY 10017

Jeffrey H. Squire
Bragar Wexler Eagel & Squire, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022

Laura M. Vasey
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037

The following document(s) are associated with this transaction:

**Document description:** Main Document

https://ecf.nvd.uscourts.gov/cgi-bin/Dispatch.pl?878125406870766                    1/19/2011

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=1/19/2011] [FileNumber=5068699-0
] [adfae9e2323fe1cff1e83197d4f3ae6a5c25c5e74b3bf4fb63fa9258b9b383b14ed
f2b197c9a9dc4d39df4f83a4038ec74e20ef008303d7307971e61e4b6ce3b]]
**Document description:** Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=1/19/2011] [FileNumber=5068699-1
] [e8258afb1413537bb22932e34edadd425aa09c5d8e743324a7d17c3db4d4bd0d882
3015ca206e962b1f3227218c0c2510eb622cafcfeb5eb9e0b70c0d51e2724]]

```
*************** -COMM. JOURNAL- ******************* DATE JAN-19-2011 ***** TIME 22:42 ********

        MODE = MEMORY TRANSMISSION           START=JAN-19 22:41    END=JAN-19 22:42

        FILE NO.=230

STN   COMM.      STATION NAME/EMAIL ADDRESS/TELEPHONE NO.      PAGES     DURATION
NO.

001   OK         ☎12124074990                                  003       00:00:49


                                                        -RBSL                      -

***** UF-7200 ********************* -7753297941     - ***** -           - *********
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BERTRAND SELLIER, On Behalf of Himself and All Others Similarly Situated | Case No. 3:10-cv-00645-HDM-VPC |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO DISMISS** |
| v. | (Second Request) |
| HARBIN ELECTRIC, INC., TIANFU YANG, CHING CHUENG CHAN, BOYD PLOWMAN, DAVID GATTOM, YUNYUE YE, and LANXIANG GAO, | |
| Defendants. | |

WHEREAS, Defendant Harbin Electric, Inc. ("Harbin") moved to dismiss or, in the alternative, to stay this action on December 3, 2010;

WHEREAS, Plaintiff Bertrand Sellier ("Plaintiff") has requested a second extension of time to respond to Harbin's motion in order to coordinate, in the interests of judicial economy, with the nine other related-actions pending in this district and the state courts of Nevada and New York;

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and Harbin, by and through their undersigned counsel and subject to the approval of this Court, that:

1. The time for Plaintiff to respond to Harbin's motion shall be extended to March 11, 2011, unless otherwise agreed by the parties or ordered by the Court; and

2. Harbin's reply thereto shall be due on April 11, 2011.

DATED: January 19, 2011

1